## THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>And the STATE OF VERMONT )<br>*ex rel.* Robert Hoffman, )<br>   )<br>   Relator/Plaintiff, )<br>   )<br>v. )<br>   )<br>UNIVERSITY OF VERMONT )<br>MEDICAL CENTER INC., and )<br>ONECARE VERMONT ACCOUNTABLE )<br>CARE ORGANIZATION, LLC, *et al.* )<br>   )<br>   Defendants. ) | Case No.: <u>5:18-cv-126-gwc</u> |

\>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

### *NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*

RELATOR hereby files his Notice of Voluntary Dismissal Without Prejudice, pursuant to F.R.Civ.Pro 41(a)(1)(A).

Under the rule plaintiff has an absolute right to dismiss his claims without prejudice so long as the defendant has not filed an Answer or Summary Judgment Motion. *Youssef v. Tishman Constr. Corp, et al,* 744 F.3d (2nd Cir. 2014).

In this proceeding, the seal on the complaint has only recently been lifted; the complaint has not been served upon defendant; and therefore, no Answer has been filed.

Plaintiff voluntarily dismisses his claims without prejudice.

DATED:  <u>12/5/19</u>  .                                          **ROBERT HOFFMAN, RELATOR**


                                                          By: <u>/s/Norman E. Watts</u>
                                                                Norman E. Watts, Esq.
                                                                Watts Law Firm, PC
                                                                Relator's Attorney

Watts Law Firm, P.C. PO Box 270, Woodstock, VT 05091
Phone (802) 457-1020, Fax (802) 432-1074, Email: info@wattslawvt.com

1 of 1